# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| RAMONA DENISE WILHOITE, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) No. 2:10-CV-03026-NKL ) |
| v. | ) ) |
| MISSOURI DEPARTMENT OF SOCIAL SERVICES, by and through its director, Ronald J. Levy, | ) ) ) ) |
| Defendant. | ) ) |
| RENÉ DAMPIER, et al., | ) ) |
| Intervenors. | ) |

## ORDER

Before the Court is the unopposed motion of Tiffany Zaring, a member of the certified class in this case, for an order to release her client file and disclose the details of her confidential personal injury settlement agreement in order to submit a claim for compensation pursuant to the settlement agreement in this case. [Doc. # 236]. Zaring has represented to the Court that her personal injury settlement agreement may contain a confidentiality provision that prohibits disclosing the details of this agreement except upon a court order. In addition, although Zaring has executed an authorization to release her client file regarding the personal injury case, which is in the possession of her deceased personal injury attorney's daughter, her file has not been released either to

1

Zaring or Class Counsel. In order to submit a claim under the settlement agreement in this case, Zaring must include a copy of the personal injury settlement agreement and disclose the details of the settlement.

Accordingly, it is hereby ORDERED that Zaring's motion, [Doc. # 236], is GRANTED. Zaring's client file from her personal injury case shall be released to Zaring or Class Counsel for the sole purpose of completing her claim form pursuant to the settlement agreement in this case. Zaring shall then disclose the confidential personal injury settlement agreement solely to the extent such disclosure is necessary for her to submit a claim pursuant to the settlement agreement in this case.

It is further ORDERED that any party receiving access to Zaring's client file or confidential personal injury settlement agreement pursuant to this Order shall, as a condition of receiving it, keep the file and the agreement and its terms confidential. Any disclosure beyond that which is necessary for evaluating Zaring's claim under the settlement agreement in this case is prohibited.

s/ NANETTE K. LAUGHREY
NANETTE K. LAUGHREY
United States District Judge

Dated: December 13, 2013
Jefferson City, Missouri